# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129734

_____

IN RE ANGELA MARIE WELSH,
Minor.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
       Petitioner-Appellee,

v

                                          SC: 129734
                                          COA: 261123
                                          Oakland CC
                                          Family Division: 03-683994-NA

LAURIE ANN WELSH,
        Respondent-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2005                                             _____

s1031                                                           Clerk